THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In the Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Shondray Lamont Martin, Appellant.
 
 
 

Appeal from Abbeville County
Wyatt T. Saunders, Jr., Circuit Court Judge
Unpublished Opinion No. 2007-UP-241
Submitted May 1, 2007  Filed May 17, 2007    

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Robert M. Dudek, Office of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, all of Columbia; and Jerry W. Peace, of Greenwood, for Respondent.
 
 
 

PER CURIAM:  Shondray Martin appeals his convictions and sentences for of murder, conspiracy to commit armed robbery, and possession of a firearm during the commission of a violent crime.  He maintains the trial court erred by allowing the solicitor to argue in closing arguments that Martin was accusing him of being involved in a conspiracy.  Martin also asserts numerous pro se arguments.  After a thorough review of the record, counsels brief, and Martins pro se brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Martins appeal and grant counsels motion to be relieved. 
 
APPEAL DISMISSED.
ANDERSON, HUFF and BEATTY, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.